UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                )
                                        )

         Plaintiff,               )

Vs.                           )

MONICA L. MCBRIDE           )   Case No. 08-03105-02-CR-S-GAF

                                        )

        Defendant.          )

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of January 21, 2014, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Monica L. McBride:

**The defendant will reside in and satisfactorily participate in a residential reentry center program, until discharged by the center director after consultation with the Probation Office, for a period not to exceed 120 days.**

s/ Gary A. Fenner

GARY A. FENNER
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this   3rd   day of  February  , 2014.