IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 08-3105-02-CR-S-GAF |
| MONICA McBRIDE ) | |
| Defendant. ) | |

## SANCTION ORDER

The defendant is found to be in violation of a condition of Re-Entry Court. It is hereby **ORDERED** that the following sanction is imposed:

- ☐ Verbal explanation in Court
- ☐ Judicial reprimand
- ☐ Written reprimand
- ☐ Writing assignments
- ☐ Increased frequency of meetings with Probation Officer
- ☐ Increased Court appearances
- ☐ Community service
- ☐ Watch a half-day or a full-day of sentencing proceedings (a "sit" sanction)
- ☐ Curfew
- ☐ Lose earned weeks
- ☐ Reduction in Phase
- ☐ Electronic Monitoring
- ☐ Residential Re-Entry Center Placement
- ☐ Incarceration
- ☒ Termination from the program

**IT IS SO ORDERED.**

_/s/ David P. Rush_
David P. Rush
United States Mgistrate Judge

Date: July 23, 2014