UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| MONICA L MCBRIDE | ) Case No. 08-03105-02-CR-S-GAF |
| Defendant. | ) |

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of November 5, 2014, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Monica L McBride:

**The defendant will enter into and successfully complete an inpatient substance abuse treatment program, as directed by the Probation Office.**

s/ Gary A. Fenner
GARY A. FENNER
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 7th day of November, 2014.