IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA L. MCBRIDE,<br><br>Defendant. | Case No.   08-03105-02-CR-S-BCW |

## *MOTION TO REVOKE SUPERVISED RELEASE*

**COMES NOW** the United States of America, by Tammy Dickinson, United States Attorney, and Gary Milligan, Assistant United States Attorney, both for the Western District of Missouri, and respectfully requests that the Court revoke Defendant Monica L. McBride's supervised release, pursuant to Title 18, United States Code, Section 3583(e)(3) and Rule 32.1, Federal Rules of Criminal Procedure, based upon the violation report of United States Probation Officer Wilma Allen, dated May 11, 2015.

Respectfully submitted,
Tammy Dickinson
United States Attorney

By

*/s/ Gary Milligan*
Gary Milligan
DC Bar No. 484813
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri   65806-2511

### Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was delivered on May 12, 2015, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Gary Milligan*
Gary Milligan
Assistant United States Attorney

1